

# TEXAS COURT OF CRIMINAL APPEALS

## Austin, Texas

# MANDATE

THE STATE OF TEXAS,

## TO THE <u>175TH DISTRICT COURT OF BEXAR COUNTY</u> — GREETINGS:

Before our **COURT OF CRIMINAL APPEALS**, on **APRIL 1, 2015**, the cause upon an Application for Writ of Habeas Corpus styled:

## EX PARTE ROBERT CANTU

CCRA No. **WR-82,642-02**

Tr. Crt. No. **2008CR11212-W1**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the Application for Writ of Habeas Corpus, and the same being considered, it is **ORDERED, ADJUDGED AND DECREED** that HABEAS CORPUS RELIEF IS **GRANTED**, in accordance with the Opinion of this Court, and that this Decision be certified below for Observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things have it duly recognized, obeyed and executed.

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, April 27, 2015.**

COPY

_____
ABEL ACOSTA, Clerk
By: Deana Williamson, Deputy Clerk